UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

MELISSA BENSON,

           Plaintiff,

v.

ARK LAS VEGAS RESTAURANT CORPORATION,

           Defendant.

2:12-cv-00383-KJD -VCF

**O R D E R**

      Before the court is plaintiff Melissa Benson's Motion For Entry of Clerk's Default (#7), which was filed on April 12, 2012. In the motion, plaintiff asserts that defendant Ark Las Vegas Restaurant Corporation (hereinafter "Ark") was served with the complaint on March 9, 2012, and that Ark failed to plead or otherwise defend. *Id.* Plaintiff asks the Clerk of the Court to enter default as to defendant Ark. *Id.*

      On April 23, 2012, the parties filed a stipulation to extend the time in which Ark had to file its answer. (#10). The court signed the stipulation (#11), and on April 25, 2012, defendant Ark filed its answer (#12). Thus, the plaintiff's motion for entry of Clerk's default (#7) is moot.

      Accordingly, and for good cause shown,

      IT IS ORDERED that plaintiff Melissa Benson's Motion For Entry of Clerk's Default (#7) is DENIED as moot.

      DATED this 27th day of April, 2012.

                                              **CAM FERENBACH**
                                              **UNITED STATES MAGISTRATE JUDGE**